
# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806

www.pryorcashman.com

**Frank P. Scibilia**
Partner

Direct Tel: 212-326-0445
Direct Fax: 212-798-6375
fscibilia@pryorcashman.com

May 12, 2014

**VIA ECF (Scheduling Notification Letter)**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *Pandora Media, Inc., v. American Society of Composers,
    Authors and Publishers*, C.A. Nos. 14-1158, 14-1246, 14-1161 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

    We write on behalf of Intervenors-Appellants Sony/ATV Music Publishing ("SATV") and EMI Music Publishing ("EMI") in connection with the above-captioned appeal. Pursuant to Second Circuit Local Rule 31.2, SATV and EMI respectfully request permission from this Court to file their Appellants' Brief in connection with the above-captioned appeal on or before July 28, 2014, which is within 91 days of the "ready date" of April 28, 2014, as defined therein.

    We thank the Court for its attention to this matter. If needed, we are available to discuss the scheduling of this appeal at the Court's convenience.

                                      Respectfully submitted,

                                      /s/ *Frank P. Scibilia*
                                      Frank P. Scibilia

cc:  All Counsel (via ECF)